**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04992-CJC-AS<br>Judge: Honorable Cormac J. Carney<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: April 29, 2019 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

|  |  |  |
|---|---|---|
| 1 | | The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | IT IS SO ORDERED. |
| 7 | | |
| 8 | | Dated: September 4, 2019        By: _____ |
| 9 | | Hon. Cormac J. Carney |
|   | | United State District Judge |

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**